IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HANKOOK TIRE AMERICA CORPORATION | § § § | |
| vs. | § § | C. A. NO. H – 09 – 3886 |
| CARRIER TRANSPORT, INC. | § § | |

### *PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES*

TO THE HONORABLE MELINDA HARMON:

Plaintiff Hankook Tire America Corporation states that the following entities are or may be financially interested in the outcome of this action:

(1) Hankook Tire America Corporation

(2) MSS Maritime Subrogation Services, LLC

(3) Carrier Transport, Inc.

        Respectfully submitted,

        *SHARPE & OLIVER, L.L.P.*

        By _/s/ Robert C. Oliver_____
           Robert C. Oliver
           State Bar No. 15255700
           S. D. Texas No. 886
           550 Westcott, Suite 230
           Houston, Texas 77007
           Telephone:    (713) 864–2221
           Facsimile:    (713) 864–2228

OF COUNSEL:

R. M. Sharpe, Jr.
State Bar No. 18129000
S. D. Texas No. 889

        ATTORNEYS   FOR   PLAINTIFF