IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HANKOOK TIRE AMERICA CORPORATION | § § § | |
| vs. | § | C.A. NO. H-09-3886 |
| CARRIER TRANSPORT, INC. | § § § | |

**CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Now comes Defendant, CARRIER TRANSPORT, INC. ("Carrier"), and files this its Certificate of Interested Parties, and would respectfully show the Court the following:

I.

Counsel for Defendant, Carrier certifies that the following is a listing of all persons, associations of persons, firms, partnerships, corporations, guarantors, affiliates, parent corporations, or other legal entities that are financially interested in the outcome of this litigation. If new parties are added or if additional persons that are financially interested in the outcome of this litigation are identified at any time during the pendency of this litigation, Plaintiff will file an amended certificate.

II.

A.  Plaintiff:

   1.   HANKOOK TIRE AMERICA CORPORATION

B.  Counsel for Plaintiff:

   Robert C. Oliver
   S.D. Texas No. 886
   State Bar No. 15255700
   SHARPE & OLIVER, L.L.P.
   550 Westcott, Suite 230
   Houston, Texas 77007-5096

Telephone: (713) 864-2221
Facsimile: (713) 864-2228
ATTORNEY-IN-CHARGE

C. Defendant:

   1. CARRIER TRANSPORT, INC. ( "Carrier")

D. Counsel for Defendant Carrier:

GREGORY A. HOLLOWAY
State Bar No: 24000502
CLARK EDGECOMB
State Bar No. 24032031
TEKELL, BOOK, ALLEN & MORRIS, L.L.P.
1221 McKinney, Suite 4300
Houston, Texas 77010
Telephone: (713) 222-9542
Facsimile: (713) 655-7727

Respectfully submitted,

TEKELL, BOOK, ALLEN & MORRIS, L.L.P.

_____
GREGORY A. HOLLOWAY
State Bar No: 24000502
CLARK EDGECOMB
State Bar No. 24032031
1221 McKinney, Suite 4300
Houston, Texas 77010
Telephone: (713) 222-9542
Facsimile: (713) 655-7727
ATTORNEYS FOR DEFENDANT,
**CARRIER TRANSPORT, INC.**

-3-

OF COUNSEL:
TEKELL, BOOK, ALLEN & MORRIS, L.L.P.
1221 McKinney Street, Suite 4300
Houston, Texas 77010-2010
(713) 222-9542 - Telephone
(713) 655-7727 - Fax

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 1st day of Feb., 2010, true and correct copies of the foregoing instrument were forwarded via the following to all counsel of record.

    ____ Certified Mail
    ____ Facsimile
    ____ Hand Delivery

Robert C. Oliver
Sharpe & Oliver, L.L.P.
550 Westcott, Suite 230
Houston, Texas 77007-5096

_____
GREGORY A. HOLLOWAY