UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Hankook Tire America Corporation

                        Plaintiff,

v.                                           Case No.: 4:09−cv−03886

                                                     Judge Melinda Harmon

Carrier Transport, Inc.

                        Defendant.

TYPE OF CASE:           Civil

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      NOTICE of Setting. Parties notified. Initial Conference set for 4/20/2010 at 10:00 AM in Courtroom 704 before Magistrate Judge Frances H Stacy, filed. (bwhite, )

**PLACE**
HOUSTON DIVISION
United States District Court
515 Rusk Ave

Houston, TX
77002

March 9, 2010

                                                       s/ Clerk of Court, Clerk
                                        s/ Beverly White bwhite, Deputy Clerk