IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HANKOOK TIRE AM. CORP., | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-09-3886 |
| | § | |
| CARRIER TRANSPORT INC., | § | |
| Defendant, | § | |

## SCHEDULING ORDER

1. **MOTIONS FOR LEAVE TO AMEND PLEADINGS AND JOIN NEW PARTIES** will be filed by:   MAY 30, 2010

   Party requesting joinder will furnish copy of this Scheduling Order to new parties.

2. **EXPERT WITNESSES** for the **plaintiff** will be named and a report of the experts's opinion furnished by:   AUGUST 5, 2010

3. **EXPERT WITNESSES** for the **defendant** will be named and a report of the expert's opinion furnished by:   OCTOBER 5, 2010

4. **DISCOVERY** must be completed by:   DECEMBER 6, 2010

   Counsel may, by agreement, continue discovery beyond the deadline, but no continuance will be granted because of information acquired in post-deadline discovery.

5. **DISPOSITIVE MOTIONS** will be filed and served by:   DECEMBER 31, 2010

6. **NON-DISPOSITIVE MOTIONS** will be filed by:   DECEMBER 31, 2010

7. **JOINT PRETRIAL ORDER** will be filed by:   FEBRUARY 2, 2011

   Plaintiff is responsible for filing the Pretrial Order on time.

8. **DOCKET CALL** is set for 1:30 P.M.   MARCH 4, 2011

9. **TRIAL** is set for the two weeks starting:   MARCH 7, 2011

Signed at Houston, Texas this 26th day of April, 2010.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE